# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANA ANDREW CASAUS, ) <br> ) <br> Defendant. ) | Case No.: 2:15-cr- 275 <br><br> ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR DANA ANDREW CASAUS <br> (ID#) 40683048 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DANA ANDREW CASAUS** before the United States District Court at Las Vegas, Nevada, on or about _____ I/A & A/P Thurs 10/8/2015 3:00 PM NJK 3C _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 30, 2015

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
   District of Nevada
2  JIAMIN CHEN
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336
5

6              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
7                         -oOo-

8  UNITED STATES OF AMERICA,           )   Case No.: 2:15-cr- 275
                                       )
9             Plaintiff,               )   PETITION FOR WRIT OF HABEUS
                                       )   CORPUS AD PROSEDUENDUM FOR
10    vs.                              )   DANA ANDREW CASAUS
                                       )   (ID#) 40683048
11 DANA ANDREW CASAUS,                 )
                                       )
12                                     )
              Defendant.                )
13                                     )
                                       )
14 _____)

15     The petition of the United States Attorney for the District of Nevada respectfully shows

16 that **DANA ANDREW CASAUS**, is committed by due process of law in the custody of the

17 Warden, Southern Nevada Detention Center, Pahrump, Nevada, that it is necessary that the said

18 **DANA ANDREW CASAUS** be temporarily released under a Writ of Habeas Corpus Ad

19 Prosequendum so that the said **DANA ANDREW CASAUS** may be present before the United

20 States District Court for the District of Nevada, Las Vegas, Nevada, on

21 _I/A & A/P Thurs 10/8/2015 3:00 PM NJK 3C_____, at the hour of 3:00 p.m., for arraignment and from

22 time to time and day to day thereafter until excused by the said Court.

23

24

1  That the presence of the said **DANA ANDREW CASAUS** before the United States
2  District Court on or about ___ I/A & A/P Thurs 10/8/2015  3:00 PM   NJK 3C ___, at the hour of 3:00 p.m.,
3  for arraignment and from time to time and day to day thereafter until excused by the Court has
4  been ordered by the United States Magistrate or District Judge for the District of Nevada.

5  WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
6  Prosequendum issue out of this Court, directed to the Warden, Southern Nevada Detention
7  Center, Pahrump, Nevada, and to the United States Marshal for the District of Nevada,
8  commanding them to produce the said **DANA ANDREW CASAUS** before the United States
9  District Court on or about ___ I/A & A/P Thurs 10/8/2015  3:00 PM   NJK 3C ___, at the hour of 3:00 p.m.,
10 for arraignment and from time to time and day to day thereafter, at such times and places as may
11 be ordered and directed by the Court entitled above, to appear before the Court, and when
12 excused by the said Court, to be returned to the custody of the Warden, Southern Nevada
13 Detention Center, Pahrump, Nevada.

14 DATED this 30th day of September, 2015

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ JIAMIN CHEN
JIAMIN CHEN
Assistant United States Attorney

2