RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for DANA ANDREW CASAUS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANA ANDREW CASAUS,<br><br>　　　　　Defendant. | Case No. 2:15-CR-00275-RFB<br><br>**MOTION TO WITHDRAW MOTION TO REOPEN DETENTION HEARING** |

　　COMES NOW, the defendant, Dana Andrew Casaus, by and through his attorney of record, Nisha Brooks-Whittington, Assistant Federal Public Defender, and hereby files this Motion to Withdraw the Motion to Reopen Detention Hearing filed on November 16, 2015. CR # 17.  This motion is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

　　DATED this 24th day of November, 2015.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　*/s/ Nisha Brooks-Whittington*
　　　　　　　　　　　　　　　　　NISHA BROOKS-WHITTINGTON
　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

# MEMORANDUM OF POINTS AND AUTHORITIES

## FACTUAL BACKGROUND

On November 16, 2015, undersigned counsel filed a Motion to Reopen Detention Hearing ("Motion to Reopen"). CR # 17. The government filed its response on November 23, 2015. CR # 18. The parties have negotiated the case rendering the Motion to Reopen unnecessary. Mr. Casaus, through his attorney of record, Nisha Brooks-Whittington, hereby respectfully requests that this Court withdraw his Motion to Reopen.

DATED this 24th day of November, 2015.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

*/s/ Nisha Brooks-Whittington*
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

## ORDER

IT IS ORDERED that the Defendant's [19] Motion to Withdraw [17] Motion to Reopen Detention hearing is GRANTED.

DATED this <u>24th</u> day of November, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on November 24, 2015, I served an electronic copy of the above and foregoing **MOTION TO WITHDRAW MOTION TO REOPEN DETENTION HEARING** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
JIAMIE CHEN
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, NV 89101

　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher Vergari*
　　　　　　　　　　　　　　　　　　　　　Employee of the Federal Public Defender